the Court of Appeal, Third Circuit, Parish of Rapides.

Writ refused. The judgment is not final. But plaintiff's right to urge the matters raised in his application are reserved to him in the event of an adverse judgment following a trial on the question of the validity of his marriage to the defendant.

228 So.2d 485

**Crayton G. HOLMAN**

v.

**M. L. BATH COMPANY, Ltd.**

**No. 50181.**

Dec. 15, 1969.

In re: Crayton G. Holman applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 226 So.2d 588.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.